**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**


RE: Docket Number 2021-CA-1228


Volkona Co/Union Bank d/b/a US Assets, LLC

- - Versus - -

Doug Welborn, in his capacity as the Clerk of Court for the
Parish of East Baton Rouge, et al

19th Judicial District Court
Case #: 690448
East Baton Rouge Parish


On Application for Rehearing filed on 07/27/2022 By Volkona Co/Union Bank d/b/a US Assets, LLC

Rehearing _Denied_

_Guidry, J. would grant._

_____
John Michael Guidry

_____
Guy Holdridge

_____
Wayne Ray Chutz


Date **SEP 0 7 2022**

_____
Rodd Naquin, Clerk